**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-2429**

HONG QING HUANG,

            Petitioner,

        v.

ERIC H. HOLDER, JR., United States Attorney General,

            Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: April 17, 2014                Decided: May 8, 2014

Before SHEDD, DIAZ, and THACKER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Charles Christophe, CHRISTOPHE LAW GROUP, P.C., New York, New York, for Petitioner.  Stuart F. Delery, Assistant Attorney General, Emily Anne Radford, Assistant Director, Aric A. Anderson, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hong Qing Huang, a native and citizen of the People's Republic of China, petitions for review of an order of the Board of Immigration Appeals ("Board") denying her motions to reconsider and reopen. We have reviewed the administrative record and the Board's order and find no abuse of discretion. We therefore deny the petition for review for the reasons stated by the Board. See In re: Hong Qing Huang (B.I.A. Nov. 1, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED